# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE CROSSING AT PURPLE SAGE, LLC, et al., | |
| Plaintiffs, | Case No. 2:12-cv-00410-PMP-PAL |
| vs. | **ORDER** |
| LLP MORTGAGE, LTD, | |
| Defendant. | |

This matter is before the court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint in this matter was filed in state court and Defendant removed it to Federal District Court (Dkt. #1) March 13, 2012.  No Answer has been filed.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Defendant has failed to comply.  Accordingly,

**IT IS ORDERED** Defendant shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., April 11, 2012.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 28th day of March, 2012.

_____
Peggy A. Leen
United States Magistrate Judge